# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

COTTONWOOD PARTNERSHIP, LLP,
DUNBAR FAMILY PARTNERSHIP, LP,
ROSENE FAMILY LLC., WARREN F.
KRUGER, KATHERINE A. KRUGER, DAVID     Case Number: 11-CV-061-JHP-PJC
S. KRUGER, AND KATHRYN E. SHELLEY,

                Plaintiff(s),

vs.

PRICE WATERHOUSECOOPERS LLP,
THOMAS KIVISTO, AND JOHN DOES 1-25,

                Defendant(s).

## JUDGMENT

This matter has come before the Court and an Order (Dkt.# 34 ) remanding the case to the Tulsa County District Court has been entered. Judgment remanding this case is hereby entered for the Plaintiffs, and against the Defendants.

**IT IS SO ORDERED** this 26th of August, 2011.

_____
James H. Payne
United States District Judge
Northern District of Oklahoma

1